IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHNNIE PLUMMER
PETITIONER,

V.

MICHAEL ATCHISON
WARDEN, Men. Cor. Cen.
RESPONDENT

FILED
DEC 17 2012
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

NO. 12 C 8305

THE HONORABLE
HARRY D. LEINENWEBER
JUDGE PRESIDING

## MOTION TO WITHDRAW 28 U.S.C. § 2254 HABEAS PETITION

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE THAT GOVERN WITHDRAWING OF PETITION. PETITIONER MOVES TO WITHDRAW HIS 28 U.S.C. § 2254 HABEAS PETITION.

1). ON OCTOBER 16, 2012, THERE WAS A CLASS ACTION PETITION FOR RELIEF UNDER THE ILLINOIS POST-CONVICTION HEARING ACT FILED IN COOK COUNTY CRIMINAL COURT

2. THE PETITIONER IS AN REPRESENTATIVE

of THE CLASS of STILL-INCARCERATED VICTIMS
of JON BURGE And BURGE'S DETECTIVES.

3. THE CHIEF JUDGE of THE CIRCUIT COURT PAUL P. BIEBEL HAS ENTER AN ORDER DIRECTING THAT EACH CLASS MEMBER BE GRANTED A STAGE THREE EVIDENTIARY HEARING CONCERNING HIS CLAIM THAT A CONFESSION USED TO SECURE HIS CONVICTION AND SENTENCE WAS THE INVOLUNTARY PRODUCT of TORTURE OR PHYSICAL COERCION.

4. THE Illinois SUPREME COURT HAVE HELD IN CASE WILLIAMS V. PEOPLE OF THE STATE, THAT Juveniles SENTENCE TO NATURAL LIFE IS UNCONSTITUTIONAL & RETROACTIVE.

For THE ABOVE-MENTIONED REASONS PETITIONER HAS MOVES TO WITHDRAW HIS 28 U.S.C SECTION 2254 HABEAS PETITION FOR NOW.

Respectfully Submitted,

Johanes Klummel

K65650
MENARD, Ill 62259
MENARD, CORRECTIONAL CENTER

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNNIE PLUMMER, Petitioner, | |
| V. | NO. 12 C 8305 |
| MICHAEL ATCHISON WARDEN, Respondent | THE HONORABLE HARRY D. LEINENWEBER JUDGE PRESIDING |

TO: Prisoner Correspondence
U.S. District Court
Clerk's Office
219 South Dearborn
Street, Chicago Ill 60604

TO: Erin O'Connell
100 W. Randolph
Street, 12 Floor
Chicago, Ill 60601

## CERTIFICATE OF SERVICE

I, JOHNNIE PLUMMER, swear under penalty of perjury that I served a copy of the attached document on ERIN O'CONNELL, 100 WEST RANDOLPH STREET, 12 FLOOR, CHICAGO ILL 60601. By placing it in the Menard Correctional Center on December 9, 2013.

*Johnnie Plummer*
AFFIANT

Dear Clerk,

We are on lockdown again! So I made 3 copies. Please get the Judge Leinenweber one & O'Connell one & mail me back a one with Receive on it.!! Please. I am doing my best :)

Sincerely
Johanne
12-9-12