Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8305 | **DATE** | 1/9/2013 |
| **CASE TITLE** | Plummer vs. Atchison | | |

**DOCKET ENTRY TEXT**

Petitioner's motion to withdraw his habeas petition [15] due to developments in state court is granted. The petition for habeas is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|