Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8305 | **DATE** | 1/18/2013 |
| **CASE TITLE** | Plummer vs. Atchison | | |

**DOCKET ENTRY TEXT**

Because Petitioner's previous motion [15] to withdraw his habeas petition was already granted, his following motions are denied as moot: [10][18][21][22][23] and [24]. His motion for a copy of the judge's ruling [19] is granted. The clerk of the Court is directed to send a copy of this ruling and its previous ruling [20] to petitioner at the following address: Johnnie Plummer, K65650, Menard Correctional Center, P.O. Box 1000, Menard, Ill. 62259.
Petitioner is instructed that this case is now closed.

■[ For further details see text below.]  Docketing to mail notices.

### STATEMENT

The following motions by Petitioner are pending before the Court

[10] Motion to Hold and Stay in Abeyance
[18] Motion to withdraw 28 U.S.C. Section 2254 Habeas Petition
[19] Motion for a Copy of Judge's Ruling Regarding Petitioner's Motion to Withdraw 28 U.S.C. Section 2254 Petition
[21] Motion to Amend 28 U.S.C. Section 2254 petition with Leave of the Court
[22] Motion to Amend 28 U.S.C. Section 2254 Habeas Petition
[23] Motion to Hold and Stay in Abeyance
[24] Motion to Amend 28 U.S.C. Section 2254 Habeas Petition

Previously, this Court granted Petitioner's Motion To Withdraw 28 U.S.C. § 2254 Habeas Petition [15] in a minute entry dated 1/9/13. [Dkt. No. 20]. As such, this case has already been dismissed without prejudice. Therefore, motions [10][18][21][22][23] and [24] are denied as moot because there are no proceedings pending before this Court.

Petitioner's Motion for a Copy [19] is granted, and the clerk of the Court is directed to send a copy of this order, as well as [Dkt. No. 20] to Petitioner at the following address:

Johnnie Plummer
K65650
Menard Correctional Center
P.O. Box 1000
Menard, Ill. 62259

| STATEMENT |
|---|
| Further, Petitioner is instructed that this case has been dismissed and any further habeas petitions must come in a new court case filed under a new case number. |